MARIA STEVENS, as Administratrix, etc., Respondent, *v.* THE JEWELL MILLING COMPANY, Appellant.

(Submitted March 21, 1884 ; decided April 15, 1884.)

*Robert Sewell* for appellant.

*Abel E. Blackmar* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

———————

WILLIAM ASCHEMOOR, Respondent, *v.* SAMUEL EMMERT, Appellant.

(Argued April 15, 1884 ; decided April 22, 1884.)

*Alex. Thain* for appellant.

*John A. Foster* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

———————

JOHN C. PHILLIPS et al., Respondents, *v.* CORNELIUS A. WORTENDYKE, Appellant.

(Argued April 15, 1884 ; decided April 22, 1884.)

*John R. Dos Passos* for appellant.

*Carlisle Norwood, Jr.,* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.